Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff DONNA E. ALBRECHT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA E. ALBRECHT, | Case No. 1:11-01319 GSA |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 14 day extension of time, to and including April 9, 2012, in which to plaintiff's opening brief.

///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented and because of the onslaught of cases processed by the Commissioner at the Appeals Council and USDC levels of adjudication. Counsel hired additional professional staff to address the work flow but that causes a temporary downward turn in counsel's productivity because of training time.

DATE: March 26, 2012            Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                              /s/ *Lawrence D. Rohlfing*

                         BY: _____
                                   Lawrence D. Rohlfing
                                   Attorney for plaintiff Donna E. Albrecht

DATE:  March 26, 2012           BENJAMIN B. WAGNER
                                     United States Attorney

                                            /s/ *Ann L. Maley**

                         BY: _____
                                   Ann L. Maley
                                   Special Assistant United States Attorney
                                   Attorneys for defendant Michael Astrue
                                   |*authorized by e-mail|

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. Plaintiff's opening brief is due April 9, 2012. All other dates are extended accordingly.

Date: March 28, 2012                         /s/ Gary S. Austin
                                                                  The Honorable Gary S. Austin